UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

No. 22-1436

v.

IDRIS QUINTELL WILKES,

    Defendant-Appellant.
_____/

**RESPONSE TO MOTION TO HOLD APPEAL IN ABEYANCE**

The government defers to this Court's discretion on whether to hold Defendant-Appellant Idris Wilkes's appeal in abeyance pending potential Supreme Court action in *United States v. Jackson* (U.S. No. 22-6640). *Jackson*, if accepted for review, would resolve one of the arguments presented in this appeal regarding [123I]ioflupane. (*See* Appellee Br. 37–43.) Regardless of the outcome in *Jackson*, however, the government has advanced an independent alternative basis for affirmance in this appeal—namely, that [123I]ioflupane has no abuse potential and is excluded from Michigan's controlled substance schedules.

The government notes also that the panel in *United States v. Johnson* (No. 22-1621), which presents the same issues that this panel is considering in *Wilkes*, has set that appeal for submission on the briefs (date set for Thursday, May 4, 2023).

                                  Respectfully submitted,

                                  MARK A. TOTTEN
                                  United States Attorney

Date:   April 3, 2023             */s/ Kathryn M. Dalzell*
                                  KATHRYN M. DALZELL
                                  Assistant United States Attorney
                                  P.O. Box 208
                                  Grand Rapids, Michigan 49501-0208
                                  (616) 456-2404